# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

vs.                                      NO. 4:13CR00150-001  SWW

ELIZABETH ANN DODSON                                            DEFENDANT

<u>ORDER</u>

Defendant appeared for a hearing before this Court on May 16, 2013, executed a waiver of indictment and entered a plea of guilty to Count 1 of the information at which time, the Court set conditions for release on bond pending sentencing.  An Order Setting Conditions of Release was executed in Open Court.  The Court further directed defendant to abide by the following additional conditions therefore the Order is amended to include the following:

1) Defendant shall maintain or be actively seeking employment.  The defendant shall inform her employer that she has pled guilty in this case.

2) Defendant is directed to maintain contact with counsel at least once every two weeks.

IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified to include the conditions specified in this order.  All other conditions previously imposed remain in full force and effect.

DATED this 3rd day of June 2013.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE